

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00248-CV

| | | |
|---|---|---|
| TIFFANY MACIEJACK AND MIKE MACIEJACK, Appellants | § | On Appeal from the 431st District Court |
| | § | of Denton County (20-5992-431) |
| V. | § | June 27, 2024 |
| CITY OF OAK POINT, TEXAS; AND WINSTON SERVICES, INC. D/B/A SAFEBUILT INSPECTIONS, IN ITS OFFICIAL CAPACITY AS BUILDING INSPECTOR OF THE CITY, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment that awarded conditional appellate fees and remand that portion of issue five to the trial court for further proceedings consistent with this opinion. We affirm the rest of the trial court's judgment.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker